35 A.3d 2

COMMONWEALTH of Pennsylvania, Respondent

v.

Terrence HARRISON PP669439, Petitioner.

No. 98 EM 2011.

Supreme Court of Pennsylvania.

Dec. 29, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of December, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

35 A.3d 2

Bernard TENNER a/k/a Bernard Campbell, Petitioner

v.

COMMONWEALTH OF PENNSYLVANIA'S BOARD OF PROBATION & PAROLE, Respondent.

No. 90 EM 2011.

Supreme Court of Pennsylvania.

Dec. 29, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of December, 2011, the Petition for Review and the "Petition Requesting Leave of Court to Resubmit Response to Petition for Review" are **DENIED.**